ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

MICHAEL R. LOZEAU (Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, California 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

Attorneys for Plaintiff CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JACKSON VALLEY IRRIGATION DISTRICT, et al.,<br><br>　　Defendants. | Case No. 2:06-CV-00894-DFL-KJM<br><br>**STIPULATION TO AMEND COMPLAINT; ORDER THEREON**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

| | |
|---|---|
| JACKSON VALLEY IRRIGATION DISTRICT, a special irrigation district, GEORGE LAMBERT, an individual, HENRY WILLY, an individual, TIM CURRAN, an individual, TODD OHM, an individual, and LARRY COSTICK, an individual, | ) ) ) ) ) ) |
|      Third Party Plaintiffs, | ) ) |
| vs. | ) ) |
| FANBASSTIC, INC., a California corporation, ROBERT L. LOCKHART, an individual, BRUCE L. LOCKHART, an individual, ROBERT M. LOCKHART, an individual, LAURIE HEDGER, an individual, TOM SEARS, an individual, STOLT SEA FARM CALIFORNIA, LLC, a business entity of unknown origin or form, MARINE HARVEST US INC., a Delaware Corporation, SIERRA AQUAFARMS, INC., a California Corporation, | ) ) ) ) ) ) ) ) ) ) ) |
|      Third Party Defendants. | ) ) |

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("CSPA") wishes to amend the Complaint herein to add additional defendants involving the claims set forth in the complaint;

WHEREAS, the Notices of Violation and Intent to File Suit ("60-Day Notices") under Sections 505(a)(1) and (f) of the Federal Water Pollution Control Act (the "Act" or "Clean Water Act"), 33 U.S.C. § 1365(a)(1) and (f) issued by CSPA against these additional parties will expire shortly,

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that CSPA may file an Amended Complaint, a copy of which is attached hereto,

IT IS FURTHER STIPULATED that the Defendants JACKSON VALLEY IRRIGATION DISTRICT, GEORGE LAMBERT, HENRY WILLY, TIM CURRAN, TODD OHM and LARRY COSTICK waive notice and service of the Amended Complaint and shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses contained in the Answer filed by defendants to the original complaint

shall be responsive to the Amended Complaint.

Dated: November 9, 2006          LAW OFFICES OF ANDREW L. PACKARD

/s/ Andrew L. Packard
_____
Andrew L. Packard
Attorney for Plaintiff
California Sportfishing Protection Alliance

Dated: November 9, 2006          BOLD, POLISNER, MADDOW, NELSON & JUDSON, PC

/s/ Carl A. Nelson
_____
Carl A. Nelson
Attorney for Defendants and Third-Party Plaintiffs
JACKSON VALLEY IRRIGATION DISTRICT, GEORGE LAMBERT, HENRY WILLY, TIM CURRAN, TODD OHM and LARRY COSTICK

**APPROVED AND SO ORDERED.**

Date:  November 15, 2006

/s/ David F. Levi_____
UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A**