ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA  94952
Tel:  (707) 763-7227
Fax:  (707) 763-9227
E-mail:  andrew@packardlawoffices.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>JACKSON VALLEY IRRIGATION DISTRICT, a special irrigation district, GEORGE LAMBERT, an individual, HENRY WILLY, an individual, TIM CURRAN, an individual, TODD OHM, an individual, and LARRY COSTICK, an individual.<br><br>        Defendants. | Case No. 2:06-CV-00894-DFL-KJM<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |
| JACKSON VALLEY IRRIGATION DISTRICT, a special irrigation district, GEORGE LAMBERT, an individual, HENRY WILLY, an individual, TIM CURRAN, an individual, TODD OHM, an individual, and LARRY COSTICK, an individual,<br><br>        Third Party Plaintiffs,<br><br>vs.<br><br>FANBASSTIC, INC., a California corporation, ROBERT L. LOCKHART, an individual, BRUCE L. LOCKHART, an individual, ROBERT M. LOCKHART, an individual, LAURIE HEDGER, an individual, TOM SEARS, an individual, STOLT SEA FARM CALIFORNIA, LLC, a business entity of unknown origin or form, MARINE HARVEST US INC., a Delaware Corporation, SIERRA AQUAFARMS, INC., a California Corporation,<br><br>        Third Party Defendants. | |

1  WHEREAS, on January 23, 2006, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided the Jackson Irrigation District and its Board Members, George Lambert, Henry Willy, Tim Curran, Todd Ohm, and Larry Costick ("Defendants") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

WHEREAS, on April 25, 2006 CSPA filed its Complaint against Defendants in this Court, *California Sportfishing Protection Alliance v. Jackson Irrigation District, et al.* Case No. 2:06-CV-00894-DFL-KJM.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, on June 26, 2006, Jackson Valley Irrigation District, George Lambert, Henry Willy, Tim Curran, Todd Ohm, and Larry Costick filed a third-party complaint against Fanbasstic, Inc. Robert L. Lockhart, Bruce L. Lockhart, Robert M. Lockhart, Laurie Hedger, Tom Sears, Stolt Sea Farm California, LLC, Marine Harvest US, Inc., and Sierra Aquafarms, Inc. alleging that the third-party defendants were contractually and legally liable for the violations alleged by CSPA's complaint.

WHEREAS, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the [Proposed] Consent Agreement entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraph 14 of the Consent Agreement, the parties also request that this Court retain and have jurisdiction over the

Parties with respect to disputes arising under the agreement.

Dated:  February 2, 2007          LAW OFFICES OF ANDREW L. PACKARD


By: /s/ Michael Lynes\_\_
Michael Lynes
Attorney for Plaintiff

Dated:  February 2, 2007          BOLD POLISNER MADDOW NELSON & JUDSON


By:/s/ Carl Nelson_____
Carl P. A. Nelson
Attorney for Defendants
[Electronically signed with consent of counsel]

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Jackson Irrigation District and its Board Members, George Lambert, Henry Willy, Tim Curran, Todd Ohm, and Larry Costick, as set forth in the Notice and Complaint filed in Case No. 2:06-cv-00894-DFL-KJM, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that third-party Plaintiff's claims against Defendants Fanbasstic, Inc. Robert L. Lockhart, Bruce L. Lockhart, Robert M. Lockhart, Laurie Hedger, Tom Sears, Stolt Sea Farm California, LLC, Marine Harvest US, Inc., and Sierra Aquafarms, Inc. as set forth in the third-party Plaintiff's June 26, 2006 complaint are also dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

EASTERN DISTRICT COURT OF CALIFORNIA

Dated: 02/07/2007

/s/ David F. Levi
David F. Levi, United States District Court Judge